# United States District Court
# Western District of Washington

PATRICIA DESJARDINS,

Plaintiff(s)

V.

USHEALTH ADVISORS, LLC, et al.,

Defendant(s)

Case Number:  3:16-cv-05152-BHS

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Anthony Paronich                                       hereby applies for permission to appear

and participate as counsel in the above entitled action on behalf of the following party or parties:

The particular need for my appearance and participation is:

I,      Anthony Paronich      understand that I am charged with knowing and

complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 17, 2016          Signature of Applicant:  s/ Anthony Paronich

Pro Hac Vice Attorney
Applicant's Name:        Anthony Paronich

Law Firm Name:          BRODERICK & PARONICH, P.C.

Street Address 1:        99 High Street, Suite 304

Address Line 2:

City:  Boston              State: Massachusetts    Zip:  02110

Phone Number w/ Area Code      (508) 221-1510       Bar # 678437     State  Massachusetts

Primary E-mail Address:   anthony@broderick-law.com       Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the

applicant  Anthony Paronich                is unable to be present upon any date

assigned by the court.

Date:        May 13, 2016          Signature of Local Counsel:  s/ Beth E. Terrell

Local Counsel's Name:   Beth E. Terrell                          Bar # 26759

Law Firm Name:          TERRELL MARSHALL LAW GROUP PLLC

Street Address 1:        936 North 34th Street, Suite 300

Address Line 2:

City:  Seattle            State:  Washington      Zip:  98103-8869

Phone Number w/ Area
Code  Example: 999-999-9999         (206) 816-6603

## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.


/s/ Anthony Paronich;                                                                    May 17, 2016
**Signature**  (use an "s/" and type your name)                   **Date Signed**